UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEO DICKERSON,<br><br>Defendant. | CASE NO. MJ-20-253-BAT<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO SEEK INDICTMENT** |

The Court GRANTS the United States' motion to extend the time to seek an indictment. Dkt. 11. Defendant argues delays in indictment and arraignment violate his statutory and constitutional rights to a speedy trial. Dkt. 12. Under normal circumstances, the United States must obtain a timely indictment or face dismissal of the complaint. These are not normal times. The government has been barred from presenting its case against defendant to the Grand Jury because there are no Grand Jury proceedings in the District due to the COVID-19 health crises. *See* General Order 08-20.

COVID-19 endangers the community, the parties, the lawyers, the judiciary, and both grand and petit jurors. To insist the grand jury convene and jury trials proceed within the normal time frames exposes all to grave illness and potential death. Accordingly, the Court finds the ends of justice that are served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial and ORDERS:

ORDER GRANTING MOTION TO EXTEND
TIME TO SEEK INDICTMENT - 1

1) The date on or before which an indictment must be filed is extended to August 31, 2020.

2) The period of delay from May 18, 2020 to August 31, 2020, is excludable time pursuant to Title 18, U.S.C. § 3161(h)(7)(A) for the purpose of computing the time limitations imposed by the Speedy Trial Act.

DATED this 7th day of July, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO SEEK INDICTMENT - 2